Richard G. Grotch, Esq. – SBN 127713
Jonathan C. Harriman, Esq. – SBN 250943
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027

**ATTORNEYS FOR** Defendants
SOUTHWEST AIRLINES CO. and
AIRTRAN AIRWAYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FERREIRA and LAUREANO FERREIRA,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., AIR TRAN AIRWAYS, INC. and DOES 1 -10, inclusive,<br><br>Defendants, | Case No.  C 14-3454 NC (MED)<br><br>STIPULATION FOR ORDER OF DISMISSAL AND ORDER OF DISMISSAL [FRCP 41(a)(1)] |

IT IS HEREBY STIPULATED by and between plaintiffs YOLANDA FERREIRA, LAUREANO FERREIRA and defendants SOUTHWEST AIRLINES CO. and AIRTRAN AIRWAYS, INC., by their respective counsel of record, that all the claims of plaintiffs YOLANDA FERREIRA and LAUREANO FERREIRA, be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear his, her or its own attorneys' fees and costs of suit.

///

///

SO STIPULATED.

Dated:  May 5, 2015                                    LAW OFFICES OF RICHARD SAX

                                                       /s/ *Richard Sax*

                                                       By:_____
                                                       Richard Sax
                                                       Attorneys for Plaintiff
                                                       Yolanda Ferreira

Dated:  May 9, 2015                                    CODDINGTON, HICKS & DANFORTH

                                                       /s/ *Richard G. Grotch*

                                                       By:_____
                                                       Richard G. Grotch (*)
                                                       Attorneys for Defendants
                                                       Southwest Airlines Co. and
                                                       AirTran Airways, Inc.

(*)   I hereby attest that I have been authorized to affix any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**ORDER**

Upon the parties' stipulation,

IT IS HEREBY ORDERED that the claims of plaintiffs YOLANDA FERREIRA and LAUREANO FERREIRA be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear his, her or its own attorneys' fees and costs of suit.

Dated: May 11, 2015                                    _____
                                                       Honorable Nathanael M. Cousins
                                                       United States District Judge

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA